The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD HEYRICH, on behalf of himself, and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>GLOBAL CALLCENTER SOLUTIONS, INC.,<br><br>        Defendant. | NO. C12-01982 JCC<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTED ON MOTION CALENDAR:<br>October 17, 2013 |

## STIPULATION

IT IS STIPULATED by and between the parties hereto that any and all claims or causes of action asserted herein by plaintiff Donald Heyrich may be dismissed with prejudice and without costs or fees to any party, and all claims of the putative class are dismissed without prejudice.

///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH
PREJUDICE - 1
(C12-01982 JCC)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

4349086.2

DATED this 17th day of October, 2013.

| | |
|---|---|
| s/Rob Williamson<br>Rob Williamson, WSBA #11387<br>Kim Williams, WSBA #9077<br>WILLIAMSON & WILLIAMS<br>2239 W. Viewmont Way West<br>Seattle, WA 98199<br>P: (206) 466-6230; F: (206) 535-7899<br>Email: roblin@williamslaw.com;<br>kim@williamslaw.com | s/John A. Knox<br>John A. Knox, WSBA #12707<br>WILLIAMS, KASTNER & GIBBS PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>P: (206) 628-6600; F: (206) 628-6611<br>Email: jknox@williamskastner.com |
| Beth E. Terrell, WSBA #26759<br>Michael D. Daudt, WSBA #25690<br>TERRELL MARSHALL DAUDT & WILLIE<br>936 N. 34th Street<br>Suite 300<br>Seattle, WA 98103<br>P: (206) 816-6603; F: (206) 350-3528<br>Email: bterrell@tmdwlaw.com;<br>mdaudt@tmdwlaw.com | Mitchell N. Roth, VA Bar #35863 (adm PHV)<br>Karen A. Doner, VA Bar #40999 (adm PHV)<br>ROTH DONER JACKSON, PLC<br>8200 Greensboro Drive<br>Suite 820<br>McLean, VA 22102<br>P: 703-485-3535; F: 703-485-3525<br>Email: mroth@rothdonerjackson.com;<br>kdoner@rothdonerjackson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH
PREJUDICE - 2
(C12-01982 JCC)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

4349086.2

**[PROPOSED] ORDER**

The parties having stipulated for dismissal of plaintiff Donald Heyrich's claims with prejudice and for dismissal of all claims of the putative class without prejudice, and the Court being fully advised in the premises, and finding good cause for the stipulated dismissal; NOW THEREFORE,

IT IS ORDERED that any and all claims or causes of action asserted herein by plaintiff Donald Heyrich are hereby dismissed with prejudice and without costs or fees, and all claims of the putative class are dismissed without prejudice.

The Clerk of the Court is directed to forward this Order to counsel of record.

DATED this ____ day of _____, 2013.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

WILLIAMSON & WILLIAMS

s/Rob Williamson
Rob Williamson, WSBA #11387
Attorneys for Plaintiff

WILLIAMS, KASTNER & GIBBS PLLC

s/John A. Knox
John A. Knox, WSBA #12707
Attorneys for Defendant

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE - 3
(C12-01982 JCC)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

4349086.2