THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD HEYRICH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL CALLCENTER SOLUTIONS INC.,<br><br>Defendant. | CASE NO. C12-1982-JCC<br><br>ORDER DISMISSING CASE |

Pursuant to the parties' stipulation and proposed order of dismissal (Dkt. No. 89) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted by Plaintiff Donald Heyrich against Defendant Global Callcenter Solutions are DISMISSED with prejudice and without an award of costs or attorneys' fees to either party. All claims of the putative class are dismissed without prejudice. The Clerk is respectfully directed to CLOSE this case.

//
//
//
//
//
//

1     DATED this 21st day of October 2013.

                                                         *[signature]*

                                                         John C. Coughenour
                                                         UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE
PAGE - 2